**SILVERMAN** | ATTORNEYS
**& ASSOCIATES** | AT LAW

February 9, 2026

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     *Westchester Cnty. Fair Housing Bd. v. Platzner Int'l Grp., Ltd., et al.*
        Docket No.:    25-cv-7905(SDNY)(KMK)

Dear Judge Karas:

We represent defendant Wil s/h/a Wilbert Ortiz ("Ortiz") in the above-referenced matter. We write to respectfully request that the premotion conference scheduled for February 18, 2026 be adjourned. This is the first request for such an adjournment and counsel for all appearing parties graciously consent. The reason for this request is due to the fact that the undersigned has previously scheduled depositions in another matter that will require me to be out of town at the time of the conference.

Counsel for all appearing parties have discussed their availabilities and respectfully propose that the conference be adjourned to one of the following dates, or at another date as convenient to the Court: February 24, 2026 before 1:00 pm; February 25, 2026 before 11:00 am; or March 2, 2026.

We thank the Court for its attention to this matter and consideration of this request.

Granted. The 2/18 conference is
moved to 2/*25*/26, at  |0 : 30          Respectfully submitted,

So Ordered,                              **SILVERMAN & ASSOCIATES**
*[signature]*                            By: */s/ Deanna L. Collins*
2/9/26                                       Deanna L. Collins
                                         *Attorneys for Wil Ortiz*
                                         445 Hamilton Avenue, Suite 1102
                                         White Plains, New York 10601
                                         (914) 574-4510
                                         DCollins@silvermanandassociatesny.com

Cc:    Counsel for all parties (via ECF)