# BRAVERMAN | GREENSPUN

A PROFESSIONAL CORPORATION

February 23, 2026

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:  Westchester County Fair Housing Board v. Platzner International Group, Ltd., et al.
          (Main Action)

                      -and-

          Katawba J. Delarosa, individually and as parent of V.D., a minor child v. Platzner
          International Group, Ltd.. et al. (Third-Party Action)
          Case No.: 7:25-cv-07905-KMK

Dear Judge Karas:

      This office represents the defendants, Platzner International Group, Ltd. ("PI"), Waterside Gardens, LLC ("Waterside"), Harrin K. Platzner ("Harrin"), and Merrick Platzner ("Merrick"). By way of this letter we request a further two week adjournment of the remote pre motion conference, currently scheduled for Wednesday February 25, 2026 at 10:30am. That conference was ordered to address the pre motion letter by our office to dismiss the claims by Katawba J. Delarosa ("Delarosa") as third party plaintiff.

      This request for an adjournment is sought by our office and that of Erdal Turnacioglu, counsel for Delarosa, based on the fact that the parties are involved in settlement negotiations which may render the conference moot. All parties consent to this request.

      This conference was originally scheduled by the Court for February 18, 2026. It was adjourned on the consent of all parties at the request of Deana Collins Counsel for Ortiz, based on a scheduling conflict. That was the only prior request for an adjournment.

February 23, 2026
P a g e | **2**

I recognize the request is untimely per your Part Rules, and do not claim that this is an emergency. However, I ask that you consider the request in order to save the time and expense of the parties, and the court.

Granted. The conference is
adjourned to 3/ 18 /26, at   2:30

Yours,

So Ordered.

2/23/26

Jon Kolbrener

cc:

Christopher Inzero, Esq.
cji3@westchestercountyny.gov

Deana Collins, Esq.
Counsel for Ortiz
dcollins@silvermanandassociatesny.com

Erdal Turnacioglu, Esq.
Erdal Employment Law, LLC
erdal@erdalemploymentlaw.com

Ms. Dawn Bordes
Courtroom Deputy Clerk
KarasNYSDChanbers@nysd.uscourts.gov