# BRAVERMAN | GREENSPUN

A PROFESSIONAL CORPORATION

March 13, 2026

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

   Re: Westchester County Fair Housing Board v. Platzner International Group, Ltd., et al.
     (Main Action)
            -and-
     Katawba J. Delarosa, individually and as parent of V.D., a minor child v. Platzner
     International Group, Ltd.. et al. (Third-Party Action)
     Case No.: 7:25-cv-07905-KMK

Dear Judge Karas:

This office represents the defendants, Platzner International Group, Ltd. ("PI"), Waterside Gardens, LLC ("Waterside"), Harrin K. Platzner ("Harrin"), and Merrick Platzner ("Merrick"). By way of this letter we request a further two week adjournment of the remote pre motion conference, currently scheduled for Wednesday March 18, 2026 at 2:30 pm. That conference was ordered to address the pre motion letter by our office to dismiss the claims by Katawba J. Delarosa ("Delarosa") as third party plaintiff.

This request for an adjournment is sought by all parties based on the fact that the parties are involved in settlement negotiations which may resolve all of the issues in the case, and render the conference moot. All parties consent to this request.

This conference was originally scheduled by the Court for February 18, 2026. It was adjourned on the consent of all parties at the request of Deana Collins Counsel for Ortiz, based on a scheduling conflict. That was the only prior request for an adjournment. It was then adjourned until March 18, 2026 based on the request of Erdal Turnacioglu and this office dated February 23, 2026, on the consent of the other counsel, based on ongoing settlement discussions. This is the third request for an adjournment. All parties consent to this request.

        Yours,

       *Jon Kolbrener*

       Jon Kolbrener

110 EAST 42ND STREET, 17TH FLOOR, NEW YORK, NEW YORK 10017
(212) 682-2900   FAX: (212) 682-7718   WWW.BRAVERLAW.NET

March 13, 2026
P a g e | **2**

cc:

Christopher Inzero, Esq.
cji3@westchestercountyny.gov

Deana Collins, Esq.
Counsel for Ortiz
dcollins@silvermanandassociatesny.com

Erdal Turnacioglu, Esq.
Erdal Employment Law, LLC
erdal@erdalemploymentlaw.com

Ms. Dawn Bordes
Courtroom Deputy Clerk
KarasNYSDChambers@nysd.uscourts.gov

Granted. The conference is
adjourned to 4/ 2 /26, at 12:00
via tele conference
So Ordered.

3/14/26