# BRAVERMAN | GREENSPUN

A PROFESSIONAL CORPORATION

March 16, 2026

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> Re: Westchester County Fair Housing Board v. Platzner International Group, Ltd., et al.
>    (Main Action)
>
>    -and-
>
>    Katawba J. Delarosa, individually and as parent of V.D., a minor child v. Platzner
>    International Group, Ltd.. et al. (Third-Party Action)
>    Case No.: 7:25-cv-07905-KMK

Dear Judge Karas:

This office represents the defendants, Platzner International Group, Ltd. ("PI"), Waterside Gardens, LLC ("Waterside"), Harrin K. Platzner ("Harrin"), and Merrick Platzner ("Merrick"). By way of this letter we respectfully request a modification of the new conference date of April 2, 2026 at 12:00 p.m. provided by the Court in response to our request of March 13, 2026, for an adjournment of the pre motion conference.

The reason for the request is that the date selected by the Court is a religious holiday which I observe. The same is true for April 3, 2026.

I apologize for not bringing this to the Court's attention in advance at the time that the March 13, 2026 request for an adjournment was presented.

All parties have consented to this request.

Thank you for your time and consideration.

Yours,

*Jon Kolbrener*
Jon Kolbrener

110 EAST 42ND STREET, 17TH FLOOR, NEW YORK, NEW YORK 10017
(212) 682-2900   FAX: (212) 682-7718   WWW.BRAVERLAW.NET

March 16, 2026
P a g e | **2**

cc: Christopher Inzero, Esq.
cji3@westchestercountyny.gov

Deana Collins, Esq.
Counsel for Ortiz
dcollins@silvermanandassociatesny.com

Erdal Turnacioglu, Esq.
Erdal Employment Law, LLC
erdal@erdalemploymentlaw.com

Ms. Dawn Bordes
Courtroom Deputy Clerk
KarasNYSDChambers@nysd.uscourts.gov

Granted. The conference is moved to 4/ 7 /26,
at   2:00   via tele conference

So Ordered

3/16/26