

**WESTCHESTER**
COUNTY

Kenneth W. Jenkins
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

## VIA ECF

April 3, 2026

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *Westchester County Fair Housing Bd. v. Platzner Int'l Group, LTD., et. al.*
              7:25-cv-07905-KMK

Dear Judge Karas,

Please note that the Westchester County Attorney's Office represents the Westchester County Fair Housing Board (the "FHB") in the above action. I respectfully write to Your Honor to request a two week adjournment of the conference scheduled for Tuesday, April 7, 2026.

The reason for adjournment request is that the action is very close to settlement. Settlements in principle have been reached between the interested parties and defendants Harrin K. Platzner, Merrick Platzner, Platzner Int'l Group, LTD, and Waterside Gardens, LLC (the "Platzner defendants"), and between the FHB and the Platzner defendants.

The FHB is awaiting information from Defendant Wilbert Ortiz's counsel, for its review to potentially finalize a remaining item to reach a settlement in principle with Mr. Ortiz. It is the parties' goal to have executed settlement agreements prior to the next scheduled conference date, should Your Honor grant the adjournment.

This is the fourth adjournment request between the parties, with prior requests made on February 9, 2026 (*Dkt* # 28), February 23, 2026 (*Dkt* # 30), and March 13, 2026 (*Dkt* # 32), and March 16, 2026 (*Dkt* # 34), which were granted.

All parties consent to this adjournment request. My apology for making this request less than five business days prior to the conference, but negotiations between the parties over the past several days have now substantively moved this matter towards complete resolution.

I thank Your Honor in advance for your attention to this request.

Michaelian Office Building
148 Martine Avenue
White Plains, New York 10601      Telephone: (914) 995-2600      Website: westchestercountyny.gov

Very truly yours,

**JOHN M. NONNA**
**Westchester County Attorney**

By: */S / Christopher J. Inzero*
Associate County Attorney
148 Martine Avenue, Room 600
White Plains, New York 10601
Direct Dial: 914.995.3671
cji3@westchestercountyny.gov

cc: All Parties (via ECF)

Granted. The conference is
adjourned to 4/ 16 /26, at 12:00

So Ordered.

4/3/26