**SILVERMAN** | ATTORNEYS
**&ASSOCIATES** | AT LAW

April 14, 2026

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

          Re:     *Westchester Cnty. Fair Housing Bd. v. Platzner Int'l Grp., Ltd., et al.*
                Docket No.:   25-cv-7905(SDNY)(KMK)

Dear Judge Karas:

      We represent defendant Wil s/h/a Wilbert Ortiz ("Ortiz") in the above-referenced matter. We write on behalf of all counsel to respectfully request that the premotion conference to discuss the Platzner Defendants' anticipated motion to dismiss the Third-Party Complaint, currently scheduled for April 16, 2026, be adjourned. This is the fifth adjournment request and the prior requests have been granted (ECF 29, 31, 33, 35, 39).

      The reason for this request is to allow additional time for Ortiz and the Westchester County Fair Housing Board to negotiate the terms of a proposed resolution. Settlements in principle have been reached between the other parties and all parties seek to execute settlement agreements prior to further litigation efforts or court appearances.

      Counsel have conferred and respectfully request that the conference be adjourned eight days, to April 24, 2026, or to another date thereafter that is convenient to the Court.

      We apologize for the lateness of this request. Counsel have been actively negotiating the proposed terms of an agreement in hopes of resolution prior to the April 16 conference but now believe that additional time will be needed.

      We thank the Court for its attention to this matter and consideration of this request.

Granted. The conference is
adjourned to 4/24/26, at 2:30 PM

                    Respectfully submitted,

So Ordered,

4/14/26

                    **SILVERMAN & ASSOCIATES**
                        By: */s/ Deanna L. Collins*
                        Deanna L. Collins
                        *Attorneys for Ortiz*
                445 Hamilton Avenue, Suite 1102
                 White Plains, New York 10601
                      (914) 574-4510
            DCollins@silvermanandassociatesny.com

Cc:    Counsel for all parties (via ECF)